UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHADIA BROWN,

                    Plaintiff,

          -against-

VICTORY MITSUBISHI, ET AL.,

                    Defendants.

25-cv-6013 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 27, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    June 3, 2026
           New York, New York


                                   /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                   Chief United States District Judge